IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY, et al,<br><br>Defendant(s). | Case No.: 7:26-cv-00289-WLS |

## NOTIFICATION OF MOTION TO DISMISS

On October 23, 2026, Defendant Latesha Bradley filed a Motion to Dismiss Plaintiff's Complaint and a brief in support thereof. (Doc. 6). On October 26, 2026, Defendant William Whitecell also filed Motion to Dismiss Plaintiff's Complaint and a brief in support thereof. (Doc. 9).

The Court is required to adequately advise Plaintiff of the significance of Defendants' Motion. *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985). In an effort to afford Plaintiff, who is proceeding *pro se*, adequate notice and time to respond to Defendants' Motion, the following notice is given. Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Plaintiff may submit his argument to this Court by filing a brief in opposition to Defendants' Motion to Dismiss. Unless the Court has granted permission, any brief should not exceed twenty (20) pages. M.D. Ga. Civ. L.R. 7.4.

**FAILURE OF PLAINTIFF TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN DEFENDANTS' BRIEF MAY RESULT IN THESE STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.**

The Court could grant judgment and there would be no trial or further proceedings in this case. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response to Defendants' Motion to Dismiss **WITHIN TWENTY-ONE (21) DAYS** of the date of this Notice.

**SO ORDERED**, this 3rd day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**